UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAOMI RAMIREZ,<br><br>Plaintiffs,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, et al.,<br><br>Defendants. | No. 2:17-CV-1561 KJM CKD<br><br><br><br>ORDER |

      In a minute order filed by the court on January 31, 2018, a status conference was set for the above case for March 15, 2018, and the parties were instructed to file a joint status report at least seven (7) days prior to the conference. The parties filed their joint status report on March 7, 2018, but there was no appearance by counsel for plaintiff Naomi Ramirez at the March 15th conference.

      Accordingly, Ms. Ramirez's counsel is ordered to show cause why he should not be sanctioned in the amount of $250.00 for failing to appear at the status conference.

DATED: April 5, 2018.

                                                        UNITED STATES DISTRICT JUDGE