ROYAL F. OAKES (SBN 080480)
roakes@mail.hinshawlaw.com
MICHAEL A.S. NEWMAN (SBN 205299)
mnewman@hinshawlaw.com
Hinshaw & Culbertson LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
Telephone: 213-680-2800
Facsimile: 213-614-7399

Attorneys for Defendant
METROPOLITAN LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAOMI RAMIREZ,<br><br>    Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY and FARMERS AGENTS GROUPS BENEFITS,<br><br>    Defendants. | Case No. 2:17-cv-01561-KJM-CKD<br><br>(Honorable Kimberly J. Mueller)<br><br>**STIPULATION BY ALL PARTIES TO REQUEST A 90-DAY CONTINUANCE OF PRE-TRIAL DEADLINES; ORDER**<br><br>Hearing Date: Not Set<br>Hearing Time: Not Set<br>Courtroom: 3<br><br>Complaint Filed: July 27, 2017 |

STIPULATION BY ALL PARTIES TO REQUEST A 90-DAY CONTINUANCE OF PRE-TRIAL DEADLINES; [PROPOSED] ORDER
Case No. 2:17-cv-01561-KJM-CKD
302916372v1 1005131

HINSHAW & CULBERTSON LLP
633 West 5th Street
47th Floor
Los Angeles, CA 90071-2043
213-680-2800

It is hereby stipulated by and between attorneys of record for all parties:

1. On April 6, 2018 the Court in the above-entitled matter established the following deadlines: The expert designation deadline is December 7, 2018; the rebuttal expert designation deadline, and the percipient discovery deadline, are both January 7, 2019; and, the last day on which a dispositive motion may be heard is February 22, 2018.

2. The parties have diligently conducted discovery, but wish to participate in a mediation session, without the need for completing all remaining discovery, including approximately one dozen depositions, many involving testimony by physicians, which would all need to be completed during the upcoming holidays to comply with existing deadlines.

3. The parties also wish to pursue settlement possibilities without the need for filing and responding to dispositive motions. Based on the available line motion hearing dates, such motions would need to be filed by January 4, 2019.

4. The parties thus request respectfully request the continuance of the above deadlines by approximately 90 days, or to any dates thereafter convenient with the Court's calendar, to permit the parties to pursue settlement possibilities, and to avoid the necessity of extensive deposition testimony.

DATED: December 4, 2018                    Hinshaw & Culbertson LLP

                                           By: /s/ Royal F. Oakes
                                           ─────────────────────────
                                           ROYAL F. OAKES
                                           MICHAEL A.S. NEWMAN
                                           Attorneys for Defendant
                                           METROPOLITAN LIFE INSURANCE
                                           COMPANY

DATED: December 4, 2018         Ortiz Law Group, P.C.

By: /s/ Jesse Ortiz
    JESSE ORTIZ
    NOLAN BERGGREN
    Attorneys for Plaintiff
    NAOMI RAMIREZ

HINSHAW & CULBERTSON LLP
633 West 5th Street
47th Floor
Los Angeles, CA 90071-2043
213-680-2800

# ORDER

For good cause appearing therefor, the Court orders the existing pretrial dates and deadlines extended, as follows:

1. Designation of expert witnesses: March 7, 2019.
2. Designation of rebuttal expert witnesses and percipient discovery cut off: April 8, 2019.
3. Last day for hearings on dispositive motions: May 31, 2019.

DATED: December 7, 2018.

_____
UNITED STATES DISTRICT JUDGE

HINSHAW & CULBERTSON LLP
633 West 5th Street
47th Floor
Los Angeles, CA 90071-2043
213-680-2800