ROYAL F. OAKES (SBN 080480)
roakes@mail.hinshawlaw.com
MICHAEL A.S. NEWMAN (SBN 205299)
mnewman@hinshawlaw.com
Hinshaw & Culbertson LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
Telephone: 213-680-2800
Facsimile: 213-614-7399

Attorneys for Defendant
METROPOLITAN LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAOMI RAMIREZ,<br><br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY and FARMERS AGENTS GROUPS BENEFITS,<br><br>Defendants. | Case No. 2:17-cv-01561-KJM-CKD<br><br>(Honorable Kimberly J. Mueller)<br><br>**STIPULATION BY ALL PARTIES TO REQUEST A 60-DAY CONTINUANCE OF PRE-TRIAL DEADLINES; ORDER**<br><br>Hearing Date: Not Set<br>Hearing Time: Not Set<br>Courtroom: 3<br><br>Complaint Filed: July 27, 2017 |

STIPULATION BY ALL PARTIES TO REQUEST A 60-DAY CONTINUANCE OF PRE-TRIAL DEADLINES; ORDER
Case No. 2:17-cv-01561-KJM-CKD
302916372v1 1005131

HINSHAW & CULBERTSON LLP
633 West 5th Street
47th Floor
Los Angeles, CA 90071-2043
213-680-2800

It is hereby stipulated by and between attorneys of record for all parties:

1. On April 6, 2018 the Court in the above-entitled matter established the following deadlines: The expert designation deadline was December 7, 2018; the rebuttal expert designation deadline, and the percipient discovery deadline, were both January 7, 2019; and, the last day on which a dispositive motion may be heard was February 22, 2018.

2. On December 7, 2018, following submission of a request by the parties to the Court for a continuance of deadlines in order to pursue settlement prospects, the Court set the expert witness designation deadline as March 7, 2019, the rebuttal expert designation and percipient discovery cutoff as April 8, 2019, and the last day for hearings on dispositive motions as May 31, 2019.

3. Although the parties have diligently conducted discovery, they wish to attend a mediation session without engaging in extensive discovery and possible motion practice required by the existing deadlines. A mediation session will take place on March 12, 2019, at the Sacramento, California office of mediator Douglas de Vries.

4. The parties thus request respectfully request the continuance of the above deadlines by an additional 60 days, or to any dates thereafter convenient with the Court's calendar, to permit the parties to pursue settlement possibilities, and to avoid the necessity of extensive deposition testimony and possible motion practice.

DATED: January 31, 2019  HINSHAW & CULBERTSON LLP

By: /s/ Royal F. Oakes
ROYAL F. OAKES
MICHAEL A.S. NEWMAN
Attorneys for Defendant
METROPOLITAN LIFE INSURANCE COMPANY

HINSHAW & CULBERTSON LLP
633 West 5th Street
47th Floor
Los Angeles, CA 90071-2043
213-680-2800

| | |
|---|---|
| DATED:  January 31, 2019 | ORTIZ LAW GROUP, P.C.<br><br>By: /s/ Nolan Berggren<br>JESSE ORTIZ<br>NOLAN BERGGREN<br>Attorneys for Plaintiff<br>NAOMI RAMIREZ |

HINSHAW & CULBERTSON LLP
633 West 5th Street
47th Floor
Los Angeles, CA 90071-2043
213-680-2800

# ORDER

Good cause appearing therefor, the Court orders the existing pretrial dates and deadlines extended, as follows:

1. Designation of expert witnesses: May 7, 2019.
2. Designation of rebuttal expert witnesses and percipient discovery cut off: June 8, 2019.
3. Last day for hearings on dispositive motions: August 9, 2019 at 10:00 a.m. in Courtroom No. 3.

DATED: February 5, 2019.

_____
UNITED STATES DISTRICT JUDGE

HINSHAW & CULBERTSON LLP
633 West 5th Street
47th Floor
Los Angeles, CA 90071-2043
213-680-2800